# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Melvin Lee Luckey, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 3:22-cv-00369-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Glen Jenkins, et al, | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 31, 2022 Order.

October 31, 2022

Frank G. Johns, Clerk
United States District Court